## COBURN v. MILLER, County Auditor.

(Opinion filed April 5, 1898.)

Appeal from circuit court, Brown county.   Hon. A. W CAMPBELL, Judge.

Mandamus.   From orders overruling his demurrer to plaintiff's complaint, and denying his motion to vacate the writ of prohibition therein issued, defendant appeals.   Dismissed.

S. H. Cranmer, for appellant.

J. H. Hauser, for respondent.

FULLER, J.   Ruled by the decision of a motion to dismiss an appeal in the case of This Plaintiff v. Board, 10 S. D. 552, 74 N. W. 1026, submitted herewith, and involving only identi-

cal questions, this motion is sustained, and the appeal dismissed, for the reasons therein stated.

HANEY, J., dissenting.

Rehearing denied, June 15, 1898.